**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STASON SUTTON,

                    Plaintiff,           18 **CIVIL** 1273 (VSB)

       -against-                    **JUDGMENT**

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2020, Defendant's motion for summary judgment is granted and Plaintiff's claims are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York
          September 28, 2020

                                                     **RUBY J. KRAJICK**
                                                  _____
                                                       **Clerk of Court**
                                      **BY:**
                                                         **Deputy Clerk**